UNITED STATES DISTRICT COURT —------------------Middle District of Alabama

RECEIVED

2026 AUG -3 A 11: 41

TREY GR
U.S. DIST ICT CO
MIDDLE  TRICT LA

Claire Fitzgerald

V.

2:26-cv-00631-ECM-KFP

James R. Baugher, Eric Komitee

Michael Loguercio, Margo K. Brodie,

Defendants do not honor gay rights, while this Court must instruct them.

Punitive damage is sought.

Claire Fitzgerald

Claire Fitzgerald
277 Walnut Ave,
Oklahoma City, OK 73159

DV DANIELS NJ   O7O

30 JUL 2026   PM 3   L

Freedom
250



FOREVER

U.S. District Court Clerk's Office
One Church Street
Montgomery, AL 36104

36104-401801